**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

GWENDOLYN R. REDDIC,

Plaintiff,

v.

SAGRE,

Defendant.

Case No. 2:25-cv-01657-RFB-DJA

**DISMISSAL ORDER**

Before the Court for consideration is the Report and Recommendation of the Honorable Daniel J. Albregts, United States Magistrate Judge for the District of Nevada, which was entered on May 5, 2026. See generally R. & R., ECF No. 4 (May 5, 2026). Generally speaking, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). With that being said, a party may file specific written objections to the findings and recommendations of a magistrate judge. See id.; see also Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. See Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by May 19, 2026. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

Therefore, **IT IS HEREBY ORDERED** the Report and Recommendation (ECF No. 4) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** this case is **DISMISSED** without prejudice. The Clerk of Court is kindly instructed to update the docket accordingly and close this case.

**DATED:** June 14, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**